Lorraine J. Sobelman, Plaintiff-Appellant, v. Shirley Caliendo and Michael Caliendo, Defendants-Appellees.

Gen. No. 47,703.

First District, Second Division.
November 10, 1959.
Released for publication December 22, 1959.

Samuel L. Steinberg, for plaintiff-appellant; Caliendo, Engelstein, Sorrentino, and Abrams (Nathan Engelstein, of counsel) for defendants-appellees. Opinion by JUSTICE LEWE. Not to be published in full.